**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| KEYLESS LICENSING LLC,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.,<br><br>Defendants. | Case No. 2:24-cv-00464-JRG<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF READINESS FOR**
**PRETRIAL CONFERENCE AND TRIAL**

Plaintiff Keyless Licensing LLC ("Plaintiff") files this notice to respectfully inform the Court that a pretrial conference has not yet been reset.

Plaintiff filed this case on June 20, 2024 (Dkt. 1). The Court initially set the pretrial conference for March 16, 2026 and trial for April 20, 2026 (Dkt. 34). The Court subsequently reset those dates to May 18, 2026 and June 22, 2026, respectively (Dkt. 85).

The trial date was later continued, first to July 10, 2026 and then to September 14, 2026 (docket entries dated 06/22/2026 and 07/10/2026).

On May 11, 2026, the Court continued the May 18 pretrial conference "to be reset by the Court on a date hereafter" (docket entry dated 05/11/2026), but no new pretrial conference date has been set.

Accordingly, Plaintiff respectfully requests that the Court reset the pretrial conference at its convenience.

August 25, 2026

*/s/ Robert F. Kramer*
Robert F. Kramer (Admitted E.D. Texas)
rkramer@kramerllp.com
Robert C. Mattson (*pro hac vice*)

rmattson@kramerllp.com
**KRAMER LLP**
1133 Broadway, Suite 1510
New York, NY 10010
Telephone: (212) 755-6475
Facsimile: (212) 730-8885

Nicole Glauser
Texas Bar No. 24050694
nglauser@kramerllp.com
**KRAMER LLP**
500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

Zachariah A. Higgins (*pro hac vice*)
zhiggins@kramerllp.com
Curt Holbreich (Admitted E.D. Texas)
cholbreich@kramerllp.com
Jeremiah A. Armstrong (*pro hac vice*)
jarmstrong@kramerllp.com
Ryan Dooley (*pro hac vice*)
rdooley@kramerllp.com
Nicholas V. Martini (*pro hac vice*)
nmartini@kramerllp.com
**KRAMER LLP**
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (212) 812-8978

Deron R. Dacus
Texas Bar No. 00790533
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-7233
Facsimile: (903) 581-2543

*Attorneys for Plaintiff*
Keyless Licensing LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 25, 2026, and any confidential versions are being served by electronic mail.

*/s/ Robert F. Kramer*
Robert F. Kramer