**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KEYLESS LICENSING LLC, *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00464-JRG |
| SAMSUNG ELECTRONICS AMERICA, INC. *and* SAMSUNG ELECTRONCIS CO., LTD., *Defendants*. | § | |

**ORDER**

The Court issues this Order *sua sponte*. In light of the Report of Mediation (Dkt. No. 243), the Court is of the opinion that the above-captioned case might benefit from further mediation. Accordingly, the Court **ORDERS** the parties to mediate this case **in person,** as soon as practical but in no event at a date more than **sixty (60) days** from that date of this Order. To ensure that mediation is as productive as possible, the Court hereby **ORDERS** that each party shall personally attend such mediation with lead counsel, local counsel, and a representative who has full and unilateral authority to act on and compromise on all pending disputes. No party or representative shall leave the mediation session, once it begins, without the approval of the mediator. The Court's existing mediation rules shall otherwise apply.

**So ORDERED and SIGNED this 9th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE