**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| KEYLESS LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,<br><br>Defendants. | Case No. 2:24-cv-00464-JRG<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF AGREED SEVENTH AMENDED DOCKET CONTROL ORDER**

Pursuant to the Court's Order, Plaintiff Keyless Licensing LLC ("Keyless") and Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively, "Samsung") hereby jointly move for entry of the agreed proposed Seventh Amended Docket Control Order which has been revised to reflect jury selection beginning on November 6, 2026.

September 21, 2026

*/s/ Robert F. Kramer*
Robert F. Kramer (Admitted E.D. Texas)
rkramer@kramerllp.com
Robert C. Mattson (*pro hac vice*)
rmattson@kramerllp.com
**KRAMER LLP**
1133 Broadway, Suite 1510
New York, NY 10010
Telephone: (212) 755-6475
Facsimile: (212) 730-8885

Nicole Glauser
Texas Bar No. 24050694
nglauser@kramerllp.com
**KRAMER LLP**
500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

Zachariah A. Higgins (*pro hac vice*)
zhiggins@kramerllp.com
Curt Holbreich (Admitted E.D. Texas)
cholbreich@kramerllp.com
Jeremiah A. Armstrong (*pro hac vice*)
jarmstrong@kramerllp.com
Ryan Dooley (*pro hac vice*)
rdooley@kramerllp.com
Nicholas V. Martini (*pro hac vice*)
nmartini@kramerllp.com
**KRAMER LLP**
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (212) 812-8978

Deron R. Dacus
Texas Bar No. 00790533
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-7233
Facsimile: (903) 581-2543

*Attorneys for Plaintiff*
Keyless Licensing LLC

*/s/ draft*
Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH LLP**
303 South Washington Ave.
Marshall, TX 75670
903.934.8450 (Telephone)
903.934.9257 (Facsimile)
melissa@gillamsmithlaw.com

Gerald F. Ivey
Anand K. Sharma (pro hac vice)
Christopher T. Blackford (pro hac vice)
Daniel G. Chung (pro hac vice)
Cara E. Regan (pro hac vice)
Tyler Akagi (pro hac vice)
John M. Williamson (pro hac vice)
Christian T. Sanders (pro hac vice)
Jason D. Tulley (pro hac vice)
Jordan M. Cowger (DC Bar No. 90004829)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000
gerald.ivey@finnegan.com
parmanand.sharma@finnegan.com
christopher.blackford@finnegan.com
daniel.chung@finnegan.com
cara.regan@finnegan.com
tyler.akagi@finnegan.com
john.williamson@finnegan.com
christian.sanders@finnegan.com
jason.tulley@finnegan.com
jordan.cowger@finnegan.com

Charles H. Suh (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, 8th Floor
Reston, VA 20190-6023
Telephone: (571) 203-2700
charles.suh@finnegan.com

Kara A. Specht
Robert K. High (*pro hac vice*)
Kevin D. Rodkey (*pro hac vice*)
Megan L. Meyers (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 17th St. NW Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400
kara.specht@finnegan.com
robert.high@finnegan.com
kevin.rodkey@finnegan.com
megan.meyers@finnegan.com

*Attorney for Defendants*
Samsung Electronics Company, Ltd., and
Samsung Electronics America, Inc.

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and this is a joint motion.

*/s/ Robert F. Kramer*
Robert F. Kramer

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 21, 2026.

*/s/ Robert F. Kramer*
Robert F. Kramer