**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| KEYLESS LICENSING LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 2:24-cv-00464-JRG<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Keyless Licensing LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") (collectively, "the Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement and would show the Court as follows:

The Parties have agreed to a settlement in principle that will settle all matters in controversy between the Parties. The Parties are in the process of finalizing the documents pertaining to the settlement. The Parties wish to conclude the settlement proceedings without burdening the Court with any additional filings and without incurring unnecessary expense. The Parties anticipate that they will be able to submit dismissal papers within thirty (30) days from the date of this filing. Accordingly, the Parties respectfully request that the Court grant a stay of all proceedings, including all pending deadlines between the Parties and with the Court until December 17, 2026.

The Parties submit that good cause exists for granting this Motion, as set forth above. The Motion is not filed for the purpose of delay. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

WHEREFORE, the Parties request that the Court enter the proposed order submitted with this Motion and grant the Parties such other and further relief to which they are entitled.

Dated: November 18, 2026

Respectfully submitted,

*/s/ Robert F. Kramer*

Robert F. Kramer (Admitted E.D. Texas)
rkramer@kramerllp.com
Robert C. Mattson (*Pro Hac Vice*)
rmattson@kramerllp.com
**KRAMER LLP**
1133 Broadway, Suite 1510
New York, New York 10010
Telephone: (212) 755-6475
Facsimile: (212) 730-8885

Nicole Glauser
Texas Bar No. 24050694
nglauser@kramerllp.com
**KRAMER LLP**
500 W 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (212) 363-1492

Zachariah A. Higgins (*Pro Hac Vice*)
zhiggins@kramerllp.com
Curt Holbreich (Admitted E.D. Texas)
cholbreich@kramerllp.com
Jeremiah A. Armstrong (*Pro Hac Vice*)
jarmstrong@kramerllp.com
Ryan Dooley (*Pro Hac Vice*)
rdooley@kramerllp.com
Nicholas V. Martini (*Pro Hac Vice*)
nmartini@kramerllp.com
**KRAMER LLP**
303 Twin Dolphin Drive, Suite 600
Redwood City, California 94065
Telephone: (212) 812-8978

Deron R. Dacus
Texas Bar No. 00790533
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-7233
Facsimile: (903) 581-2543
*Attorneys for Plaintiff*
*Keyless Licensing LLC*

*/s/ Melissa R. Smith*
__________________________

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Gerald F. Ivey
Anand K. Sharma (*Pro Hac Vice*)
Christopher T. Blackford (*Pro Hac Vice*)
Daniel G. Chung (*Pro Hac Vice*)
Cara E. Regan (*Pro Hac Vice*)
Tyler Akagi (*Pro Hac Vice*)
John M. Williamson (*Pro Hac Vice*)
Christian T. Sanders (*Pro Hac Vice*)
Jason D. Tulley (*Pro Hac Vice*)
Jordan M. Cowger
Washington, D.C. Bar No. 90004829
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Email: gerald.ivey@finnegan.com
Email: parmanand.sharma@finnegan.com
Email: christopher.blackford@finnegan.com
Email: daniel.chung@finnegan.com
Email: cara.regan@finnegan.com
Email: tyler.akagi@finnegan.com
Email: john.williamson@finnegan.com
Email: christian.sanders@finnegan.com
Email: jason.tulley@finnegan.com
Email: jordan.cowger@finnegan.com

Charles H. Suh (*Pro Hac Vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, 8th Floor
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Email: charles.suh@finnegan.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendants met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

*/s/ Melissa R. Smith*

Melissa R. Smith

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on November 18, 2026. As of this date, all counsel of record who have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Melissa R. Smith*

Melissa R. Smith