**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| KEYLESS LICENSING LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 2:24-cv-00464-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

Before the Court is Plaintiff Keyless Licensing LLC's and Defendants Samsung Electronics Co., Ltd.'s and Samsung Electronics America, Inc.'s Joint Motion to Stay All Deadlines and Notice of Settlement. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that all deadlines in the above-captioned case are **STAYED** for thirty (30) days, during which time the appropriate dismissal papers are to be filed with the Court.