IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KEYLESS LICENSING LLC,<br>*Plaintiff*<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. et al,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-cv-00464-JRG |

## AMENDED REPORT OF MEDIATION

The above-captioned case was mediated via Zoom video conference by the undersigned on Tuesday, June 9, 2026, and Monday, June 15, 2026, between Plaintiff and Defendants. After considerable follow-up by the undersigned with the parties, the mediation resulted in a settlement.

Signed this 19th$^{th}$ day of November 2026.

*/s/ David Folsom*
David Folsom
TXBN: 07210800
**FOLSOM ADR PLLC**
6002-B Summerfield Drive
Texarkana, Texas 75503
Telephone: (903) 277-7303
Email: david@folsomadr.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on November 19, 2026. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ David Folsom*
David Folsom