**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KEYLESS LICENSING LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00464-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD. | § | |
| *and* SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the Motion To Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Keyless Licensing LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") (collectively, "the Parties"). (Dkt. No. 248). In the Motion, the Parties represent that they "have agreed to a settlement in principle that will settle all matters in controversy between the Parties." (*Id.* at 1). The Parties request a stay of the above-captioned case for 30 days to allow them time to prepare and submit dismissal papers. (*Id.*).

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for 30 days, up to and including **December 17, 2026**, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 24th day of November, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE